In the Matter of HENRY G. BACON, Appellant, against IRVING V. A. HUIE, as Acting Commissioner of the Department of Public Works of the City of New York, et al., Respondents.

Argued January 22, 1942; decided March 5, 1942.

*Emanuel Goodman, S. M. Sprafkin* and *Morris Pinsky* for appellant.

*William C. Chanler, Corporation Counsel* (*Nicholas Bucci* and *Arthur H. Kahn* of counsel), for respondents.

Order affirmed, with costs. The petitioner was not entitled to be appointed to the position of Mechanical Engineer while the head of the department in the exercise of administrative discretion chose to leave the position vacant. He was not entitled to appointment to the position of Administrator of Public Buildings because the [Municipal] Civil Service Commission acted upon reasonable grounds in ordering a competitive examination for that position. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.